UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John J. Fiero and Fiero Brothers, Inc.,        Plaintiff,

-v-

Financial Industry Regulatory Authority, Inc.

Defendant.

Case No. 08 cv 1298

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Fiero Brothers, Inc.        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** February 8, 2008

**Signature of Attorney**

**Attorney Bar Code:** BG 5636

Form Rule7_1.pdf   SDNY Web 10/2007