```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOHN J. FIERO, et al.,              :
                                    :    08 Civ. 1298(VM)
                Plaintiffs,         :
                                    :
      - against -                   :    ORDER
                                    :
FINANCIAL INDUSTRY REGULATORY       :
AUTHORITY, INC.,                    :
                                    :
                Defendant.          :
------------------------------------X
```

**VICTOR MARRERO**, **United States District Judge**.

A review of the Docket Sheet for this action indicates that although the complaint was filed on February 8, 2008, to date no service of process has been made on the defendant and no appearance or answer has been recorded. Accordingly, it is hereby

**ORDERED** that plaintiffs are directed to advise the Court by June 30, 2008 of their contemplation with regard to further prosecution of this action, or to complete service of process on defendant by such date, or show cause why such service has not been made to date and cannot be completed by the date indicated. In the event no timely response to this Order is submitted the Court may dismiss the complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:   New York, New York
         27 June 2008

                                        VICTOR MARRERO
                                        U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-08
```