IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOHN J. FIERO and FIERO BROTHERS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., <br><br> Defendant. | Case No. 08-CV-1298 VM <br><br> **FINRA'S RULE 7.1 DISCLOSURE** |

Financial Industry Regulatory Authority, Inc. states that it is a private, not-for-profit Delaware corporation that has no stock or parent corporation. No publicly held corporation owns 10% or more of any FINRA stock.

Dated:  August 4, 2008          FINANCIAL INDUSTRY REGULATORY
        Washington, D.C.         AUTHORITY, INC.

                                 _____/s/ *Terri L. Reicher*_____
                                 Terri L. Reicher (TR-8260)
                                 Associate General Counsel
                                 Financial Industry Regulatory
                                 Authority, Inc.
                                 1735 K Street, N.W.
                                 Washington, DC 20006
                                 Telephone: (202) 728-8967
                                 FAX:  (202) 728-8894

                                 *Attorneys for FINRA*