**GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC**

| | | |
|---|---|---|
| CIRINO M. BRUNO * <br> MELVYN J. FALIS, P.C. <br> DAVID A. GEHN <br> ROBERT L. HERSKOVITS <br> MARTIN H. KAPLAN <br> LAWRENCE G. NUSBAUM <br> ROBERT PEREZ | ATTORNEYS AT LAW <br> 120 WALL STREET <br> NEW YORK, NEW YORK 10005 <br><br> (212) 269-1400 <br> TELECOPIER (212) 809-5449 <br> www.gkblaw.com | OF COUNSEL <br> ROBERT L. BLESSEY <br> BERT L. GUSRAE <br><br><br> SENIOR ATTORNEY <br> BRIAN D. GRAIFMAN (X627) |
| * MEMBER N.Y. AND N.J. BAR | | |

August 7, 2008

**VIA UNITED LAWYERS SERVICE**
Hon. Victor Marrero
U.S. Courthouse, S.D.N.Y.
500 Pearl Street, Room 660
New York, NY 10007

        Re:    Fiero v. FINRA
                  Index No. 08-cv-01298 (VM)

Dear Judge Marrero:

      We represent plaintiffs and write – with defendant FINRA's consent – pursuant to Rule I((F) of your Individual Practices to request an extension until October 6, 2008 of the time to (i) oppose FINRA's motion to dismiss the complaint (currently due August 18); and answer, move or otherwise respond to FINRA's counterclaim (currently due August 25).

      The current deadlines should be merged to one date, because we intend to move to dismiss the counterclaims on the same basis as opposing FINRA's motion to dismiss. The extension is requested because the issues involved are novel, and because of conflicting deadlines in other matters, and an impending summer vacation.

                                           Respectfully submitted,

                                           Brian D. Graifman

Cc:    Terri L. Reicher, Esq.                            (via email)
       Financial Industry Regulatory Authority, Inc.
       1735 K Street NW
       Washington, DC 20006

bg3228

*[Handwritten annotations: "Request granted." "SO ORDERED. Dated: 8/13/08" with signature and "U.S.D.J." "Part I"]*

*[Stamp: AUG 12 2008]*