# GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC

CIRINO M. BRUNO *
MELVYN J. FALIS, P.C.
DAVID A. GEHN
ROBERT L. HERSKOVITS
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
ROBERT PEREZ

ATTORNEYS AT LAW
120 WALL STREET
NEW YORK, NEW YORK 10005
—
(212) 269-1400
TELECOPIER (212) 809-5449
www.gkblaw.com

OF COUNSEL
ROBERT L. BLESSEY
BERT L. GUSRAE

* MEMBER N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-08

RECEIVED
AUG 11 2008
JUDGMENT CLERK'S
OFFICE

SENIOR ATTORNEY
BRIAN D. GRAIFMAN (X627)

August 7, 2008

**VIA UNITED LAWYERS SERVICE**
Hon. Victor Marrero
U.S. Courthouse, S.D.N.Y.
500 Pearl Street, Room 660
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-26-05

Re:   Fiero v. FINRA
      Index No. 08-cv-01298 (VM)

Dear Judge Marrero:

We represent plaintiffs and write – with defendant FINRA's consent – pursuant to Rule I((F) of your Individual Practices to request an extension until October 6, 2008 of the time to (i) oppose FINRA's motion to dismiss the complaint (currently due August 18); and answer, move or otherwise respond to FINRA's counterclaim (currently due August 25).

The current deadlines should be merged to one date, because we intend to move to dismiss the counterclaims on the same basis as opposing FINRA's motion to dismiss. The extension is requested because the issues involved are novel, and because of conflicting deadlines in other matters, and an impending summer vacation.

Respectfully submitted,

Brian D. Graifman

Request granted

Cc:   Terri L. Reicher, Esq.                    (via email)
      Financial Industry Regulatory Authority, Inc.
      1735 K Street NW
      Washington, DC 20006

bg3228